UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-21047-CIV-UNGARO-BENAGES/O'SULLIVAN

EDITH MONGE,

    Plaintiff,

v.

DEBBIES' BAKERY, INC., et al.,

    Defendants.
_____/

**ORDER**

**THIS MATTER** is before the Court on the Plaintiff's Motion to Compel Defendants', Debbies' Bakery, Inc. and Joseph Harra D/B/A Abraham Bakery II, Responses to Interrogatories, Request for Admissions, and Request to Produce (DE # 19, 9/14/06). Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure. **Failure to do so may be deemed sufficient cause for granting the motion by default**. (Emphasis supplied).

Having received no responses from the defendants, on October 16, 2006, (DE # 24) the undersigned ordered the defendants to respond to the Plaintiff's Motion to Compel Defendants', Debbies' Bakery, Inc. and Joseph Harra D/B/A Abraham Bakery II, Responses to Interrogatories, Request for Admissions, and Request to Produce (DE # 19, 9/14/06) on or before October 27, 2006. The defendants were warned in the October 16, 2006, Order that the failure to file a response may result in an order granting the Plaintiff's Motion to Compel Defendants', Debbies' Bakery, Inc. and Joseph Harra D/B/A Abraham Bakery II, Responses to

Interrogatories, Request for Admissions, and Request to Produce (DE # 19, 9/14/06) in its entirety.  As of the date of this Order, no response to the Plaintiff's Motion to Compel Defendants', Debbies' Bakery, Inc. and Joseph Harra D/B/A Abraham Bakery II, Responses to Interrogatories, Request for Admissions, and Request to Produce (DE # 19, 9/14/06) has been received.  Accordingly, it is

ORDERED AND ADJUDGED that the Plaintiff's Motion to Compel Defendants', Debbies' Bakery, Inc. and Joseph Harra D/B/A Abraham Bakery II, Responses to Interrogatories, Request for Admissions, and Request to Produce (DE # 19, 9/14/06) is GRANTED.  The defendants shall respond to the subject outstanding discovery on or before November 10, 2006.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 1st day of November 2006.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:

U.S. District Judge Ungaro-Benages
All counsel of record