UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 06-21047-CIV-UNGARO/O'SULLIVAN

EDITH MONGE,

    Plaintiff,

v.

DEBBIES' BAKERY, INC., et al.,

    Defendants.
_____/

### ORDER

**THIS MATTER** is before the Court on the Show Cause hearing held before the undersigned on February 1, 2007.  On September 14, 2006, the plaintiff filed the Plaintiff's Motion to Compel Defendants', Debbies' Bakery, Inc. and Joseph Harrar D/B/A Abraham Bakery II, Responses to Interrogatories, Request for Admissions, and Request to Produce (DE # 19, 9/14/06) with this Court.  The defendant failed to respond and on October 16, 2006, the undersigned issued an Order (DE # 24, 10/16/06) requiring the defendant to file a response to the Plaintiff's Motion to Compel Defendants', Debbies' Bakery, Inc. and Joseph Harrar D/B/A Abraham Bakery II, Responses to Interrogatories, Request for Admissions, and Request to Produce (DE # 19, 9/14/06) on or before October 27, 2006.  The defendant failed to do so.  On November 1, 2006, the undersigned issued an Order (DE # 32) granting the Plaintiff's Motion to Compel Defendants', Debbies' Bakery, Inc. and Joseph Harrar D/B/A Abraham Bakery II, Responses to Interrogatories, Request for Admissions, and Request to Produce (DE # 19, 9/14/06) and requiring the defendant to provide the outstanding discovery on or before November 10, 2006.  On November 25, 2006, the plaintiff filed the Plaintiff's Motion to Compel

Defendants to Comply with Court Order, Motion for Sanctions (DE # 36, 11/25/06), indicating that the defendant had failed to comply with this Court's November 1, 2006, Order.  On December 13, 2006, the plaintiff filed a Notice to Grant the Plaintiff's Motion to Compel Defendants to Comply with Court Order, Motion for Sanctions (DE # 40, 12/13/06), indicating that the defendant had failed to respond to the Plaintiff's Motion to Compel Defendants to Comply with Court Order, Motion for Sanctions (DE # 36, 11/25/06).  On December 19, 2006, the undersigned issued a Notice of Hearing (DE # 41, 12/19/06) setting the Plaintiff's Motion to Compel Defendants to Comply with Court Order, Motion for Sanctions for hearing on January 11, 2007.  Neither the defendant nor defense counsel appeared at the hearing.  Accordingly, on January 11, 2007, the undersigned issued an Order granting in part the Plaintiff's Motion to Compel Defendants to Comply with Court Order, Motion for Sanctions (DE # 36, 11/25/06). On or before January 25, 2007, the defendants were to provide the plaintiff with responses, without objection, to all outstanding discovery.  On or before January 25, 2007, the defendants were also to file with this Court a memorandum addressing why the defendants should not be held in contempt of court and/or why a default judgment should not be entered against all defendants for failure and refusal to abide by this Court's Orders and Notice of Hearing as well as the failure and refusal to respond to the plaintiff's motions and provide discovery.  This matter was set for hearing on February 1, 2007, at 2:00 P.M.  The individual defendant, Joseph Harrar, and counsel, Matthew J. Militzok, were required to be present at the hearing. The undersigned held a hearing on February 1, 2007 in this matter.  The individual defendant, Joseph Harrar, and counsel, Matthew J. Militzok were present at the hearing.  Accordingly, having held a show cause hearing in this matter, it is

      ORDERED AND ADJUDGED that the plaintiff shall be awarded a total of six (6) hours at a rate of $225.00 per hour for a total award of $1350.00 for counsel's time spent on the

September 14, 2006, motion, the November 25, 2006, motion, the December 13, 2006, Notice to Grant the Plaintiff's Motion to Compel Defendants to Comply with Court Order, Motion for Sanctions, the attendance by plaintiff's counsel at the hearing held on January 11, 2007, and the attendance by plaintiff's counsel at the February 1, 2007, hearing.  On or before March 5, 2007, the defendant shall pay to the plaintiff's law firm, Shavitz Law Group, P.A., the sum of $1350.00.  Pursuant to Fed.R.Civ.P. 37, the undersigned finds that the failure of the defendant to timely provide the discovery was not substantially justified.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 1st  day of February 2007.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:

U.S. District Judge Ungaro
All counsel of record

Sent by Chambers to:
Matthew J. Militzok, Esq.
3250 Stirling Road, Suite 5
Hollywood, Florida 33021